IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**ALEXANDER KEEFOVER, individually
and on behalf of all others
similarly situated,**

    **Plaintiff,**

**v.**                                        **Civ. Action No. 1:20-cv-81**
                                                        **(Judge Kleeh)**

**GOMART, INC. and DOES 1 through 5,**

    **Defendants.**

### ORDER ADOPTING STIPULATION [DKT. NO. 42] AND DISMISSING CASE

Pursuant to the stipulation of dismissal filed on March 19, 2021 [Dkt. No. 42], the Court **ADOPTS** the stipulation and this matter is **DISMISSED with prejudice**, each party bearing its own costs and fees.

The pending motions [Dkt. Nos. 21, 35, 37 and 40] are **DENIED AS MOOT**.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

**DATED**: March 23, 2021

                                                                  /s/ Thomas S. Kleeh
                                                                   THOMAS S. KLEEH
                                                                   UNITED STATES DISTRICT JUDGE